# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SANDRA ROLLINS | : | No. 17 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| MIDDLE SMITHFIELD TOWNSHIP | : | |
| ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOWNSHIP OF MIDDLE SMITHFIELD | : | |
| | : | |
| | : | |
| PETITION OF: SANDRA ROLLINS | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.